# BRADY McGUIRE & STEINBERG, P.C.

MATTHEW G. McGUIRE
**PARTNER**

JAMES M. STEINBERG
**PARTNER**
_____

BEVERLY G. ROSELL
**LEGAL ASSISTANT**

> Application granted. On April 27, 2022, the Court received notice that defendant Casabella Contracting of NY, Inc. filed a Chapter 11 Voluntary Petition for Bankruptcy in the United States Bankruptcy Court for the Southern District of New York (*see* In re Casabella Contracting of NY, Inc., No. 22-22205-shl (Bankr. S.D.N.Y.).  Accordingly, it is hereby ORDERED that all claims against defendant Casabella Contracting of NY, Inc. are stayed pursuant to 11 U.S.C. § 362. By 8/25/2022, and every 120 days thereafter, plaintiffs shall update the Court regarding the status of the bankruptcy proceeding. The initial conference scheduled for 5/3/2022 is cancelled.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            April 27, 2022

Via ECF Filing Only

The Honorable Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:    The Annuity, Pension, Welfare, Training and Labor Management Cooperation Trust
        Funds of the I.U.O.E. Local 14-14B *et al.* v. Casabella Contracting of NY, Inc.
        Civil Case No. 21-CIV-9532 (PHM)

Dear Judge Halpern:

Our office represents Plaintiffs The Annuity, Pension, Welfare, Training and Labor Management Cooperation Trust Funds of the International Union of Operating Engineers Local 14-14B, AFL-CIO along with the International Union of Operating Engineers Local 14-14B, AFL-CIO in connection with the above-captioned matter.  Yesterday, we were advised by counsel for Defendant Casabella Contracting of NY, Inc. that the defendant filed for protection under Chapter 11 of the United States Bankruptcy Code on April 25, 2022. *See Exhibit "A" annexed hereto*.  Based upon this filing, it is the parties' collective understanding that this action is thereby stayed pursuant to Section 362(a) of the Bankruptcy Code. Therefore, we respectfully request that the initial conference scheduled for May 3, 2022 be canceled and the action stayed *sine die* pending disposition of the bankruptcy court proceedings.  Defendant's counsel, Pedro Medina, joins in this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *James M. Steinberg*

James M. Steinberg, Esq.

Enc.
Cc:    Pedro Medina, Esq.
        Ms. Marlene Monterroso
        Mr. Chris Confrey